

# 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

The Thagard Mineral Partnership, LP,

\* From the 238th District Court
of Midland County,
Trial Court No. CV56133.

Vs. No. 11-23-00207-CV

\* August 21, 2025

Michael L. Cass et al.,

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against The Thagard Mineral Partnership, LP.